UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BALTAZAR REYES GARCIA,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent. | CASE NO. C21-0322JLR<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE REPLY |

Before the court is *pro se* Petitioner Baltazar Reyes Garcia's motion for an extension of time to file his reply in support of his federal habeas corpus petition. (Mot. (Dkt. # 10); *see also* Pet. (Dkt. # 1).) Mr. Garcia's reply was originally due on June 4, 2021. (*See* 5/14/21 Dkt. Entry (Dkt. # 9).) Mr. Garcia, however, states that due to lockdowns at the facility in which he was originally in custody and a recent transfer to a detention facility that is partially locked down due to COVID-19, he has been unable to access his legal materials and draft his reply. (Mot. at 1.) He asks that the court extend

ORDER - 1

the deadline to file his reply to June 30, 2021. (*Id.* at 2.) Respondent United States of America has not responded to Mr. Garcia's motion for an extension of time. (*See* Dkt.)

The court has considered Mr. Garcia's motion, the relevant portions of the record, and the applicable law. Being fully advised, the court finds that Mr. Garcia has established good cause for an extension of the deadline to file his reply and therefore GRANTS Mr. Garcia's motion (Dkt. # 10). *See* Fed. R. Civ. P. 6(b)(1)(A) (allowing court to extend deadline for good cause shown). Mr. Garcia shall file his reply by no later than June 30, 2021. The Clerk is DIRECTED to re-note Mr. Garcia's habeas corpus petition for June 30, 2021. (*See* 5/14/21 Dkt. Entry.)

Dated this 9th day of June, 2021.

JAMES L. ROBART
United States District Judge